U.S.A. vs. Terrance Jackson    Docket No. 5:21-CR-422-1FL

**Petition for Action on Supervised Release**

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terrance Jackson, who, upon an earlier plea of guilty to Conspiracy to Distribute 280 Grams or More of Cocaine Base (crack), in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A); Unlawful Use of a Communication Facility in Furtherance of a Drug Felony, in violation of 21 U.S.C. § 843(b); Distribution of Controlled Substances Within 1,000 Feet of a Playground/Public Housing, and Aiding and Abetting, in violation of 21 U.S.C. §§ 860(a) and 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2; and Failure to Appear after Pretrial Release, in violation of 18 U.S.C. § 3146(a)(1), was sentenced by the Honorable Paul S. Diamond, U.S. District Judge, in the Eastern District of Pennsylvania, on May 15, 2019, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

Terrance Jackson received a sentencing reduction to time served on February 16, 2021, as the result of a compassionate release. Mr. Jackson was released from custody on March 3, 2021, at which time the term of supervised release commenced. A transfer of jurisdiction was completed on this case on November 19, 2021, and was subsequently assigned to the Honorable Louise W. Flanagan, U.S. District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a condition of Mr. Jackson's compassionate release, the court ordered that he participate in electronically monitored home detention for the first 18 months of his supervised release period. He has been participating and compliant with this program since his location monitoring equipment was installed on March 8, 2021. This offender has had several health issues during this term of supervision to include circulation issues which cause his legs to swell and contract. A medical doctor has also prescribed the offender to wear compression socks, which are impeded by his location monitoring transmitter. Due to his evolving medical issues and compliance with home detention since release, it appears appropriate to remove the home detention requirement at this time and continue this offender on supervised release.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The previously ordered Home Detention with electronic monitoring, for a period of 18 consecutive months be stricken from the conditions of probation.

   Except as herein modified, the judgment shall remain in full force and effect.

**Terrance Jackson**
**Docket No. 5:21-CR-422-1FL**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Maurice J. Foy | /s/ Mark Culp |
| Maurice J. Foy | Mark Culp |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 150 Rowan Street Suite 110 |
| | Fayetteville, NC 28301 |
| | Phone: 910-354-2543 |
| | Executed On: November 22, 2021 |

## ORDER OF THE COURT

Considered and ordered this 23rd day of November, 2021, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge